IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DUANE G. LEGLEITER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:22-cv-02137- JWB-GEB |
| ) | |
| THE BOARD OF COUNTY COMMISSIONERS ) | |
| FOR RUSH COUNTY, KANSAS, ) | |
| ) | |
| Defendant. ) | |

## NOTICE TO TAKE DEPOSITIONS

TO:    Forrest T. Rhodes, Jr.
FOULSTON SIEFKIN LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, Kansas 67206-4466
**ATTORNEYS FOR DEFENDANT**

You are hereby notified that Plaintiff will take the depositions of **Les Rogers** and **Richard Luft** who will be produced by Defendant on October 5, 2022, at Hilton Garden Inn Hays, Board Room, 221 West 43rd Street, Hays, Kansas 67601, before a court reporter or other person duly authorized to administer oaths. These depositions, as necessary, will be continued from day-to-day thereafter, at the same place and between the hours of 9:00 a.m. and 6:00 p.m., until completed.

Subject to completion of each prior deposition, the start times of the above depositions are as follows:

        9:00 a.m.    Les Rogers

        1:30 p.m.    Richard Luft

Said deposition will be recorded stenographically by Cornerstone Court Reporting Company, 8700 Monrovia, Suite 310, Lenexa, Kansas 66215.

Respectfully submitted,

**SIRO SMITH DICKSON PC**

By /s/ Eric W. Smith
    Eric W. Smith    KS #16539
    esmith@sirosmithdickson.com
    Rik N. Siro    KS FED #77812
    rsiro@sirosmithdickson.com
    Athena M. Dickson    KS #21533
    adickson@sirosmithdickson.com
    Raymond A. Dake    KS FED #78448
    rdake@sirosmithdickson.com
    Ryan P. McEnaney    KS FED #78827
    rmcenaney@sirosmithdickson.com
    Amy R. Jackson    KS #28169
    ajackson@sirosmithdickson.com
    1621 Baltimore Avenue
    Kansas City, Missouri  64108
    816.471.4881 (Tel)
    816.471.4883 (Fax)

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF filing system on September 8, 2022, which system sent notification of such filing electronically to the following counsel of record:

    Forrest T. Rhodes, Jr.
    FOULSTON SIEFKIN LLP
    1551 N. Waterfront Parkway, Suite 100
    Wichita, Kansas 67206-4466
    frhodes@foulston.com
    **ATTORNEYS FOR DEFENDANT**

    /s/ Eric W. Smith
    ATTORNEY FOR PLAINTIFF